In the Matter of MICHAEL LUCA, Appellant, v JESSICA L. ZITO, Respondent. [996 NYS2d 538]—

Appeal from an order of the Family Court, Suffolk County (Bernard Cheng, J.), dated January 30, 2014. The order denied the father's objections to a prior order of that court (John Raimondi, S.M.), which, after a hearing, denied his petition for a downward modification of his child support obligation.

Ordered that the order dated January 30, 2014, is affirmed, without costs or disbursements.

The Family Court properly denied the father's objections to an order issued by a Support Magistrate, which denied his petition for a downward modification of his support obligation. The father failed to meet his burden of establishing a substantial change in circumstances warranting a downward modification (*see Matter of Nenninger v Tonnessen*, 113 AD3d 619 [2014]; *Matter of Gansky v Gansky*, 103 AD3d 894, 895 [2013]; *Matter of Solis v Marmolejos*, 50 AD3d 691, 692 [2008]). The Support Magistrate's findings were based on credibility determinations and were supported by the record and, thus, should not be disturbed (*see Matter of Kennedy v Ventimiglia*, 73 AD3d 1066, 1067 [2010]). Dillon, J.P., Dickerson, Austin and Cohen, JJ., concur.